MICHAEL MCKENZIE, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Transfer Tax on the Estate of CAROLINE MATHER JACKSON, Deceased. ARTHUR W. BINGHAM, as Executor, Appellant, v. NEW YORK STATE TAX COMMISSION, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK (Successor by Merger to MORTON TRUST COMPANY), as Appointee of the Supreme Court to Carry Out the Provisions of the Will of GEORGE PARBURY POLLEN, etc., Deceased, etc.— Decree so far as appealed from. affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE MCGINLEY, Administratrix ad Prosequendum of the Estate of DANIEL MCGINLEY, Deceased, Respondent, v. ARNOLD ROTHSTEIN, Appellant Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KALT LUMBER COMPANY, Appellant, v. FREDERICK J. STERNER, Respondent, Impleaded with ANDERSON BRICK AND SUPPLY COMPANY, and Another, Appellants, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN MOORE and Another, as Executors, etc., of KATHARINE T. MOORE, Deceased, Respondents, v. COLIN M. EADIE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GAILLARD REALTY COMPANY, Respondent, v. FRANCO ELECTRIC CORPORATION, Appellant.— Order modified by granting to plaintiff leave to serve an amended complaint within twenty days from service of order upon payment of a full bill of costs to date of order appealed from, including ten dollars costs of motion, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PROGRESSIVE MACHINE & TOOL CO., INC., Respondent, v. JENNINGS LACE WORKS CORPORATION and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM C. ATWATER & COMPANY, INC., Appellant, v. PANAMA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BEATRICE MCCUE, Appellant, v. LOUIS KAHN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISIDORE ALENT, Appellant, v. THE BANK OF THE UNITED STATES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.